IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AIMEE A. DELEON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:20-CV-124-A |
| | § | |
| ANDREW SAUL, COMMISSIONER, | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

ORDER

Came on for consideration the above-captioned action wherein Aimee A. Deleon is plaintiff and Andrew Saul, Commissioner, Social Security Administration, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for a period of disability and disability insurance benefits under Title II and supplemental security income under Title XVI of the Social Security Act. The United States Magistrate Judge issued his findings, conclusions, and recommendation that the case be remanded to the administrative law judge for further administrative proceedings consistent with his recommendation. Neither party has filed objections. The court finds that the action should be remanded as recommended.

The court ORDERS that the decision of defendant that plaintiff was not entitled to a period of disability and

disability insurance benefits under Title II and supplemental security income under Title XVI of the Social Security Act be, and is hereby, reversed, and the action be, and is hereby, remanded to defendant for further administrative proceedings as recommended by the magistrate judge in the order he signed April 5, 2021.

SIGNED April 20, 2021.

_____
JOHN McBRYDE
United States District Judge